NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JIANGSU SENMAO BAMBOO AND WOOD INDUSTRY CO., LTD., ET AL.,**
*Plaintiffs*

**GALLEHER CORP., GALLEHER, LLC, BAROQUE TIMBER INDUSTRIES (ZHONGSHAN) CO., LTD., RIVERSIDE PLYWOOD CORPORATION,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,**
*Defendants-Appellees*

---

2026-1050, 2026-1119

---

Appeals from the United States Court of International Trade in Nos. 1:20-cv-03885-TMR, 1:20-cv-03899-TMR, 1:20-cv-03919-TMR, 1:20-cv-03927-TMR, 1:20-cv-03936-TMR, 1:20-cv-03937-TMR, 1:20-cv-03939-TMR, Judge Timothy M. Reif.

---

**O R D E R**

Upon consideration of the above-captioned appeals,

IT IS ORDERED THAT:

    The appeals are consolidated, and thus one set of briefs should be filed for both appeals. The revised official caption is reflected in this Order. Appellants' opening briefs are due January 2, 2026.

FOR THE COURT

November 24, 2025
Date

Jarrett B. Perlow
Clerk of Court